UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,        Case No. 16-20556

v.        Judith E. Levy
        United States District Judge

Tony Christopher Burger,
        Mag. Judge Mona K. Majzoub

        Defendant.

_____/

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE [54] AND REQURING ADDITIONAL INFORMATION REGARDING DEFENDANT'S RENEWED MOTION FOR COMPASSIONATE RELEASE [68]**

This case is before the Court on Defendant Tony Christopher Burger's motion for compassionate release. (ECF No. 54.) On November 12, 2020, a hearing was held by video conference and oral argument was heard. For the reasons set forth on the record, Defendant's motion is DENIED WITHOUT PREJUDICE.

Additionally, on May 24, 2021, Defendant filed a renewed motion for compassionate release. (ECF No. 68.) The government is now ordered

to provide the Court with information regarding Defendant's COVID-19 vaccination status by **June 15, 2021**.

IT IS SO ORDERED.

Dated: June 8, 2021  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 8, 2021.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager